AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Carolyn Anderson, Duly appointed Guardian Ad Litem for Tario Eugene Anderson and in her individual capacity )
)
*Plaintiff* )
v. )   Civil Action No.   6:15cv3259-KFM
Ryan Weeks and Anothony Collier )
*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ the plaintiff recover nothing, the action be dismissed on the merits, and the defendants *(name)* Ryan Weeks and Anthony Collier   recover costs from the plaintiff *(name)*   Carolyn Anderson   .

■   other:   Defendants City of Greenville, City of Greenville Police Department, Ken Miller, and John Doe previously dismissed by order of the Court.

This action was *(check one)*:

■ tried by a jury, the Honorable Kevin F. McDonald  presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☐ decided by the Honorable

Date:   February 15, 2017

*CLERK OF COURT*

s/Amanda J. Williams, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

